UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:22-cv-00650-WWB-EJK

HOWARD COHAN,

    Plaintiff,

vs.

OLD NAVY, LLC
a Foreign Limited Liability Company

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, OLD NAVY, LLC, a Foreign Limited Liability Company (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED October 10, 2022.

| By: **/s/ Gregory S. Sconzo** | By: **/s/ Beth S. Joseph** |
|---|---|
| Gregory S. Sconzo, Esq. | Beth S. Joseph |
| Florida Bar No.: 0105553 | Florida Bar No. 0062952 |
| Sconzo Law Office, P.A. | Email: beth.joseph@morganlewis.com |
| 3825 PGA Boulevard, Suite 207 | Morgan, Lewis & Bockius LLP |
| Palm Beach Gardens, FL 33410 | 600 Brickell Avenue |
| Telephone: (561) 729-0940 | Suite 1600 |
| Facsimile: (561) 491-9459 | Miami, FL 33131-3075 |
| Email: greg@sconzolawoffice.com | Telephone: 305.415.3308 |
| Email: samantha@sconzolawoffice.com | Facsimile: 305.415.3001 |
| | Attorney for Defendant |

Email: alexa@sconzolawoffice.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 10, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                           **/s/ Gregory S. Sconzo**
                                           **Gregory S. Sconzo, Esq.**